IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

PETE MCMANUS,

    Plaintiff,

v.                                                CASE NO. 1:12-cv-93-MP-GRJ

GAINESVILLE HOUSING AUTHORITY, et al.,

    Defendants.

_____/

## O R D E R

On September 11, 2012, the Court ordered Plaintiff to respond to Defendants' pending motions to dismiss, Docs. 4, 6, and 10, on or before October 31, 2012, failing which the undersigned would recommend that this case be dismissed without further notice. Doc. 21. On November 1, 2012, Plaintiff filed a pleading entitled "Independent Action" which purports to assert claims against Defendants for "fraud upon the Court" pursuant to Fed. R. Civ. P. 60(b). Doc. 24. Plaintiff also filed an *ex parte* motion seeking leave to add exhibit numbers to the foregoing "Independent Action." Doc. 25.

Upon due consideration of the instant pleadings, the Court concludes that they are not a response to Defendants' pending motions to dismiss and do not comply with the Court's order. There is no basis for the filing of any "Independent Action" in the current posture of this case.

Accordingly it is **ORDERED:**

Plaintiff's pleadings, Doc. 24 and 25, are **STRICKEN.**

**DONE AND ORDERED** this 2nd day of November 2012.

                                                        *s/ Gary R. Jones*
                                                        GARY R. JONES
                                                        United States Magistrate Judge