# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

PETE MCMANUS,

    Plaintiff,

v.                                         CASE NO. 1:12-cv-00093-MP-GRJ

GAINESVILLE HOUSING
AUTHORITY, et al.,

    Defendants.

_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated January 29, 2013. (Doc. 34). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Defendants' motions to dismiss (docs. 4, 6, and 10) are GRANTED and Plaintiff's federal claims are DISMISSED with prejudice, for failure to state a claim upon which relief may be granted.

3. Plaintiff's construed motion to remand (doc. 5) is DENIED and pursuant to 28 U.S.C. § 1367(c)(3) the Court declines to exercise supplemental jurisdiction over Plaintiff's state law claims, which are DISMISSED without prejudice.

4. All pending motions are DENIED as moot and the Clerk is directed to close the file

**DONE AND ORDERED** this  *29th* day of March, 2013

           *s/Maurice M. Paul*
           Maurice M. Paul, Senior District Judge